**FILED**
August 9, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JIMMY EARL HATCHER, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-cr-00324 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jimmy Earl Hatcher</u>; Case <u>2:11-cr-00324 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $50,000.00, co-signed by Kimberly Hatcher.

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/9/2011</u> at <u>2:45</u>.

By _____
Kendall J. Newman
United States Magistrate Judge