MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant

JIMMY HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY HATCHER,<br><br>    Defendant. | Case No.: 2:11 CR 0324 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

    Defendant JIMMY HATCHER, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Tuesday, October 04 2011 at 9:30 a.m. to Tuesday, December 13, 2011 at 9:30 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T4.The continuance is requested to review the large amount of discovery that has been provided and additional discovery that is expected to be provided.

    The parties further agree and stipulate that the time period from the filing of this Stipulation until December 13, 2011 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends

PDF created with pdfFactory trial version www.pdffactory.com

of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 30, 2011        The CHASTAINE LAW OFFICE

                                       By:   /s/ Michael Chastaine
                                           MICHAEL CHASTAINE
                                           Attorney for David Reyes Navarro

Dated: September 30, 2011        LAWRENCE BROWN
                                           Acting United States Attorney

                                       By:   /s/ Jared Dolan
                                           Jared Dolan
                                           Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday October 04, 2011 at 9:30 a.m. be continued to Tuesday December 13, 2011 at 9:30 a.m. and that the period from October 4, 2011 to December 13, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated:  October 3, 2011                 /s/ John A. Mendez
                                           Judge John A. Mendez
                                           District Judge
                                           United States District Court

PDF created with pdfFactory trial version www.pdffactory.com