MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
JIMMY HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JIMMY HATCHER,<br><br>          Defendant. | Case No.: 2:11 CR 0324 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

　　　Defendant JIMMY HATCHER, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the status hearing in the above-captioned case from Tuesday, April 17 2012 at 9:30 a.m. to Tuesday, May 22, 2012 at 9:30 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T4.The continuance is requested to continue settlement negotiations.

　　　The parties further agree and stipulate that the time period from the filing of this Stipulation until May 22, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends

1

PDF created with pdfFactory trial version www.pdffactory.com

of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 13, 2012                             The CHASTAINE LAW OFFICE

                                           By: _____/s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for Jimmy Hatcher

Dated: March 13, 2012                             BENJAMIN B. WAGNER
                                                United States Attorney

                                             By: ____/s/ Jared Dolan
                                                Jared Dolan
                                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday April 17, 2012 at 9:30 a.m. be continued to Tuesday May 22, 2012 at 9:30 a.m. and that the period from April 17, 2012 to May 22, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). The Court further finds that the interests of justice served by the exclusion of time granted herein outweigh the interests of the defendant and the public in a speedy trial.

Dated:  April 13, 2012                             /s/ John A. Mendez_____
                                                Judge John A. Mendez
                                                District Judge
                                                United States District Court

PDF created with pdfFactory trial version www.pdffactory.com