MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150
Attorneys for Defendant
JIMMY HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JIMMY HATCHER,<br><br>        Defendant. | Case No.: 2:11 CR 0324 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

      Defendant JIMMY HATCHER, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Jared Dolan, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Tuesday, October 2 2012 at 9:45 a.m. to Tuesday, November 6, 2012 at 9:45 a.m. It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T4.  The defense has received a plea agreement and is working on making revisions to reflect the agreement.  Further, Mr. Hatcher lives in Texas so communications have been by mail, email and telephone call.  This has made the ability to go over the agreement more time consuming.  Mr. Hatcher is reviewing the agreement and discussing his options with counsel.  Additional time is needed to perfect the agreement and enter a plea.

      The parties further agree and stipulate that the time period from the filing of this

1

PDF created with pdfFactory trial version www.pdffactory.com

Stipulation until November 6, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 28, 2012        The CHASTAINE LAW OFFICE

                                 By:    /s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for Jimmy Hatcher

Dated: September 28, 2012        BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:    /s/ Jared Dolan
                                        Jared Dolan
                                        Assistant U.S. Attorney


## ORDER

   GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

   IT IS HEREBY ORDERED that the status conference scheduled for Tuesday October 2, 2012 at 9:45 a.m. be continued to Tuesday November 6, 2012 at 9:45 a.m. and that the period from October 2, 2012 to November 6, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). The Court further finds that the interests of justice served by the exclusion of time granted herein outweigh the interests of the defendant and the public in a speedy trial.

Dated:  9/28/2012                /s/ John A. Mendez
                                 Judge John A. Mendez
                                 District Judge
                                 United States District Court

PDF created with pdfFactory trial version www.pdffactory.com