MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant

JIMMY HATCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JIMMY HATCHER,<br><br>   Defendant. | Case No.: 2:11 CR 0324 JAM<br><br>MOTION FOR TRANSPORTATION EXPENSES TO ENABLE DEFENDANT TO APPEAR FOR CHANGE OF PLEA HEARING IN UNITED STATES DISTRICT COURT |

Defendant JIMMY HATCHER, by and through his court-appointed attorney, Michael Chastaine, moves this Honorable Court for an Order, pursuant to 18 U.S.C. Section 4285, directing the United States Marshals Service to pay for the transportation costs associated with travel from Mr. Hatcher's home in Dripping Springs, Texas to his change of plea hearing before the Honorable Judge John A. Mendez on Monday, November 5, 2012, and in support of the motion alleges as follows:

1. The Defendant has been found indigent and is represented by court-appointed counsel, Michael Chastaine.

2. The Defendant presently resides at 110 Breed Road, Dripping Springs, Texas, 78620 and is unable to bear the expenses of driving to Sacramento, California and returning home to

the state of Texas after the hearing. Mr. Hatcher has had spotty employment and is suffering from medical conditions that make consistant employment difficult.

3. The Defendant wishes to travel by driving his own vehicle, rather than flying by commercial airliner, because he suffers from gall-bladder-related health problems and is prone to frequent emesis (throwing up);

4. Further, the Defendant wishes to travel by driving, rather than flying, because he wants to transport the necessary tools to repair his former residence in California, which was damaged by law enforcement personnel during the execution of the search warrant in this case.

WHEREFORE, the Defendant requests that his Court issue an order directing that the United States Marshals Service bear the costs of travel for the Defendant, JIMMY HATCHER, to drive his own vehicle for the change of plea hearing on November 5, 2012 and to return home following his trial.

Dated October, 2012                                  CHASTAINE LAW OFFICE

                 By: _____/s/ Michael Chastaine
                   MICHAEL CHASTAINE
                   Attorney for Jimmy Hatcher

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JIMMY HATCHER,<br><br>          Defendant. | Case No.: 2:11 CR 0324 JAM |

ORDER FOR TRANSPORTATION EXPENSES TO ENABLE DEFENDANT TO APPEAR

FOR TRIAL IN UNITED STATES DISTRICT COURT

    Having considered the request of the Defendant, JIMMY HATCHER, for the United States Marshals to pay for the transportation costs associated with travel from his home in Dripping Springs, Texas to his change of plea hearing in Sacramento, California before the Honorable Judge John A. Mendez California in the United States District Court for the Eastern District of California on November 5, 2012 and back to Dripping Springs, Texas thereafter, it is hereby

    ORDERED this 31st day of October, 2012, that the Motion is granted and that the United States Marshals Service shall bear the costs of travel for the Defendant, JIMMY HATCHER, to drive his vehicle to Sacramento, California for his change of plea hearing on November 5, 2012, and to return home to Dripping Springs, Texas following the hearing.

Dated:   10/31/2012                                              /s/ John A. Mendez_____
                                                                                               District Judge
                                                                                               United States District Court