**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
PROBATION OFFICE

**JOE E. SANCHEZ**
CHIEF PROBATION OFFICER
SAN ANTOINO – ADMINISTRATION

**GERARDO LUNA**
DEPUTY CHIEF PROBATION OFFICER
SAN ANTONIO – ADMINISTRATION

ADMINISTRATION
727 E. CESAR E. CHAVEZ BOULEVARD, SUITE A-405
SAN ANTONIO 78206-1208



2450 STATE HIGHWAY 118
ALPINE 79830-2020

501 WEST FIFTH STREET, SUITE 2100
AUSTIN 78701-3822

111 E. BROADWAY STREET, SUITE 200
DEL RIO 78840-5573

700 E. SAN ANTONIO AVUENUE, SUITE 500
EL PASO 79901-7009

100 E. WALL STREET, SUITE P-111
MIDLAND 79701-5200

410 S. CEDAR STREET
PECOS 79772-3200

727 E. CESAR E. CHAVEZ BOULEVARD, SUITE B-310
SAN ANTONIO 78206-1200

800 FRANKLIN AVENUE, SUITE 100
WACO 76701-1934

April 15, 2013

Paul Mamaril
U. S. Probation Officer
Eastern District of California
501 I Street, Suite 2500
Sacramento, California 95814

RE: HATCHER, Jimmy
    Dkt. No. 2:11CR00324
    **VIOLATION NOTICE-12A**

**FILED**

JUN 2 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Dear Mr. Mamaril:

Please find the enclosed Report on Offender Under Supervision. Please submit the 12A to Judge John A. Mendez for his signature. In addition, please initiate transfer of jurisdiction, as it appears the defendant is not moving from this area and any further violations can be addressed locally. If you have any questions, please contact me at 512-391-8754.

Sincerely,

Stephanie A. Morales
U.S. Probation Officer

PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

Eastern District of California

Report on Offender Under Supervision

Name of Offender: Jimmy Earl Hatcher          Case Number: 2:11CR00324-01

Name of Sentencing Judicial Officer: The Honorable John A. Mendez, United States District Judge

Date of Original Sentence: March 12, 2013

Original Offense: Manufacturing Marijuana (Class D Felony), in violation of 21 U.S.C. § 841(a)(1) and Criminal Forfeiture, in violation of 21 U.S.C. § 853(a).

Original Sentence: 48 months Probation with special conditions of drug and alcohol treatment, alcohol abstinence, 100 hours of community service; and provide all financial information.

Type of Supervision: Probation          Date Supervision Commenced: March 12, 2013

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation Mandatory Condition :** "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month."

**Violation Standard Condition No. 8:** "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered."

**Nature of Noncompliance:** On March 16, 2013, during his initial intake, Hatcher submitted to a urinalysis which returned positive for marijuana. The defendant reported on April 1, 2013, to discuss his positive urinalysis at which time he denied drug use. However, he did admit being in a vehicle for several hours where the driver smoked marijuana in the presence of Hatcher. His written statement

Hatcher, Jimmy
Report on Offender Under Supervision
Page 2

reflected, he "didn't think contact smoke would" result in him failing a urinalysis test.

<u>U.S. Probation Officer Action</u>:   It is clear the defendant has thinking errors and participating in a drug and alcohol education program would be very beneficial for Hatcher. Thus, he will be referred to outpatient drug and alcohol treatment and participate in random drug testing. Lastly, the defendant's subsequent urinalysis test has been negative. The U.S. Probation Office respectfully recommends no further action be taken against the defendant unless further violations occur.

Should Your Honor have any further questions regarding this matter, please contact the undersigned at (512) 391-8754.

Respectfully submitted,

Stephanie A. Morales
U.S. Probation Officer
Date: April 11, 2013

Approved: Martha Garza Reyna
Supervising U.S. Probation Officer

---

THE COURT

[✓] Approves

[ ] Disapproves

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable John A. Mendez
United States District Judge

June 21, 2013
Date